**FILED**
Jan 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.    CR NO: 2:23-CR-00271-DC

**SAMUEL O. MORALES**

    Defendant.

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: SAMUEL O. MORALES
Detained at: FCI Herlong
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
    charging detainee with: 18 U.S.C. § 1962 – racketeering conspiracy
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
  or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Robert C. Abendroth* |
| Printed Name & Phone No: | Robert C. Abendroth, (916) 554-2766 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 17, 2025

/s/ Carolyn K. Delaney
Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☒Male ☐Female | |
| Booking or CDC #: | 34785-086 | DOB: | 03/10/1982 |
| Facility Address: | 741-925 Herlong Access Rd A-25, | Race: | Hispanic |
| Facility Phone: | (530) 827-8000 | FBI#: | |
| Currently Incarcerated | Yes – FCI Herlong | | |

### RETURN OF SERVICE

Executed on: _____    _____
                                                    (signature)